26 February 2015    14-555-CR

Bexar County Clerk
100 Dolorosa
San Anto, Tx 78205
    Attn. 5 Court

4th Court of Appeals
✓ 300 Dolorosa
San Anto, Tx 78205

Attorney At Law
Edward Shaughnessy III
206 E. Locust street
San Anto, Tx 78205

FILED
IN THE COURT OF APPEALS
4th SAN ANTONIO, TEXAS
2015 MAR 11 AM 10: 12

RE: "Second Good Faith Request
for your Work Product E. Shaughnessy III
Trial Case No 307125 C.C No 5
Robert Martinez, Pro Se
TDCJ ID No 1931347
BCADC SID No 327674
200 N. Comal
San Anto, Tx 78207

VIA US MAIL

Greetings.

On Jan. 27, 2015, I placed in the Bexar County Adult Det.
Center 'BCADC' my request for you (Edward Shaughnessy III)
to return a complete copy of your work product.
It is my understanding and the record will support
that indeed you Mr. E Shaughnessy III, were appointed
as my counsel, "The wheel" as my Attorney
from 11-21-2014 and a court Order

to withdraw was issued on or about the 01-25-2019.

PLEASE ALLOW THIS TO SERVE AS MY SECOND Good Faith Request For my file(s), to include your WORK Product. RECall Case No 307125, is an Appeal, and or on Writ of Habeas Corpus pursuant to Art 11072 of the Tex. Code of Criminal Procedures. These proceeding are pending IN County Court at Law No 5, Bexar County, Texas.

With my first formal request for my file(s). I made Notice to Court of Appeals, San Anto, Tx , Gerard Richhoff, Bexar County and Nicolas A LaHood, Dist Atty. This IN No Way waives the Client-Attorney confidentialty privelge.

Mr. E. Shaughnessy III, esq please do not delay ANY longer and return a complete copy of my file(s), to include your work product, your delay continues to impead my legal filing If you are IN Need of my correspondence dated JAN 27, 2015, please advise And I will provide you with a handwritten copy to include certificate of service And UNSWORN declaration.

cc: file
Enc: UNSWORN Declaration

In Hoc



Page 2 of 2

# UNSWORN DECLARATION BY INMATE

I, Robert Martinez, TDCJ ID No 1931397, being presently incarcerated in the Texas Dept of Criminal Justice, Lopez State Jail, Hidalgo County Texas delare under penalty of perjury that the above and foregoing is true and correct to the best of my abilty

Executed on. __26 Feb 2015__



USA FOREVER 2014

MCALLEN TX 785

09 MAR 2015 PM 2 T

Fourth Court of Appeals

300 Dolorosa

San Antonio, Texas 78205

Robert Martinez
TDCJ ID No 1931397
Lopez State Jail
1203 El Cibolo Rd
Edinburg, Tx 78542

2015 MAR 11 AM 10:12

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TX

Legal Mail

78205⋮3037